# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:17-cr-00003-HLM-WEJ
## USA v. Gilmore
## Honorable John K Larkins, III

Minute Sheet for proceedings held In Open Court on 06/09/2017.

TIME COURT COMMENCED: 3:15 P.M.
TIME COURT CONCLUDED: 4:15 P.M.
TIME IN COURT: 1:00
OFFICE LOCATION: Rome

COURT REPORTER: Alicia Bagley
USPO: Mary Waggoner
DEPUTY CLERK: Sam Johnston

| | |
|---|---|
| DEFENDANT(S): | [1]Franklin Lee Clark Gilmore Present at proceedings |
| ATTORNEY(S) PRESENT: | Suzanne Hashimi representing Franklin Lee Clark Gilmore<br>Paul Jones representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Plea Hearing - The Defendant was sworn; The Defendant entered a waiver allowing his plea to be taken before Magistrate Judge John K. Larkins. The defendant tendered a negotiated plea of guilty with counsel. Defendant was advised of his rights to enter a plea of guilty. The plea was received. The defendant was remanded into the custody of the United States Marshal. |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for Fri., Aug 25, 2017 at 2:00 p.m. in Courtroom 300; |