FILED IN CHAMBERS
U.S.D.C. - Rome
JUN - 9 2017
JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANKLIN LEE CLARK GILMORE | CRIMINAL ACTION NO.:<br>4:17-cr-003-HLM |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY[1]

The Defendant, Franklin Lee Clark Gilmore ("Defendant"), by consent, has appeared before the undersigned United States Magistrate Judge and has

---

[1] Failure to file written objections to this Report and Recommendation within FOURTEEN (14) DAYS after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

entered a plea of guilty to Count Two of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the offense charged is supported by an independent basis in fact establishing each of the essential elements of the offense. I have also determined that the defendant understood and knowingly agreed to the limited waiver of appeal contained in his plea agreement.

It is, therefore, **RECOMMENDED** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED this 9th day of June, 2017.

/s/ John K. Larkins III
JOHN K. LARKINS III
United States Magistrate Judge